**Aaron DeShaw, OSB No. 000365**
E-mail: deshaw@deshawlaw.com
DR. AARON DESHAW, ESQ, P.C.
2350 NW York St.
Portland, Oregon 97210
Telephone: (503) 545-8373
Facsimile: (503) 227-2489

*Of Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WENDY TRIEM**, individual, | Case No. 3:21-cv-00710-AN |
| Plaintiff, | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| **STATE FARM FIRE AND CASUALTY COMPANY**, an Illinois Profit Corporation and subsidiary of **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, a mutual insurance exchange company in Illinois, **INDIAN HARBOR INSURANCE COMPANY**, a Delaware Profit Corporation, and **TOYIN ALDER**, | |
| Defendants. | |

    This matter having come before the Court upon the stipulation of the parties endorsed below on the basis that the respective parties' claims have been fully settled and the Court therefore being fully advised in the premises, it is:

Page 1 - **STIPULATED GENERAL JUDGMENT OF DISMISSAL**
*Triem v. State Farm., et al., Case No. 3:21-cv-00710-AN*

DR. AARON DESHAW, ESQ., P.C.
Attorney at Law
2350 NW York Street
Portland, Oregon 97210
TELEPHONE (503) 545-8373   FAX: (503) 227-2489

ORDERED and AJUDGED that this action be and the same is dismissed with prejudice and without cost or fees to any party, and judgment entered.

Dated: 2/26/2026

_____
Adrienne Nelson, US District Court Judge

Page 2 - **STIPULATED GENERAL JUDGMENT OF DISMISSAL**
*Triem v. State Farm., et al., Case No. 3:21-cv-00710-AN*

DR. AARON DESHAW, ESQ., P.C.
Attorney at Law
2350 NW York Street
Portland, Oregon 97210
TELEPHONE (503) 545-8373  FAX: (503) 227-2489